## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>**Jane Doe**</u>

        Plaintiff,

                                                  CIVIL ACTION NO. <u>1:24-11561-LTS</u>

V.

<u>**Jaylen Brown et al**</u>

        Defendants.

## **<u>ORDER OF DISMISSAL</u>**

<u>Sorokin, D. J.</u>

    In accordance with the Court's ORDER, Dkt. No. 108, dated <u>June 9, 2025,</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                               By the Court,

<u>6/9/2025</u>                                                     <u>/s/ Flaviana de Oliveira</u>
    Date                                                                 Deputy Clerk